# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2319
LT Case No. 1996-CF-005156-A

_____

JEREMIAH BUTLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Jeremiah Butler, Okeechobee, pro se.

James Uthmeier, Attorney General, and Thomas H. Duffy,
Manager II-Assistant Attorney General, Tallahassee, for
Appellee.

March 10, 2026

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____